UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENDURANCE AMERICAN
INSURANCE COMPANY,
                       Plaintiff,

               -v-

DIVISION 16 CONSTRUCTION CORP.,
AMY A. HERNANDEZ, and JUAN
HERNANDEZ Jr.,
                       Defendants.

20-CV-8362 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

       Amy A. Hernandez and Juan Hernandez Jr. are proceeding *pro se* in this matter. They have consented to receive filings, orders, and other updates in this matter by email at amy@division16construction.com and juan@division16construction.com. The Clerk of Court is directed to add those emails to their appearances on the docket.

       SO ORDERED.

Dated: September 7, 2021
       New York, New York

                                                        J. PAUL OETKEN
                                               United States District Judge