# McElroy Deutsch

225 Liberty Street
36th Floor
New York, NY 10281
**T:** 212.483.9490 | **F:** 212.483.9129
MDMC-LAW.COM

MICHAEL C. DELANEY
(973) 425-8754
MDELANEY@MDMC-LAW.COM

The parties' request at ECF No. 46 is GRANTED, and the telephone conference scheduled for September 10, 2021 at 4:00 pm is ADJOURNED to **Wednesday, September 15, 2021 at 3:00 pm**.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 46.

SO ORDERED    9/8/2021

SARAH L. CAVE
United States Magistrate Judge

By ECF
Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

RE:  Endurance American Insurance Co. v. Division 16 Construction Co., et al.,
      Case No. 20-cv-08362 (JPO) (SLC)
      MDMC Case No. E0293-1155

Dear Judge Cave:

We represent Plaintiff, Endurance American Insurance Company ("Endurance"), in the above referenced matter.  In accordance section I (E) of Your Honor's Individual Practices in Civil Cases and the Order docketed as ECF Doc. No. 45, we respectfully submit this letter motion to adjourn the telephonic conference currently scheduled for September 10, 2021 at 4 p.m. until any day next week except for Thursday, at a time convenient for the Court.

The reason for the adjournment is to permit the *pro se* defendants to participate in the conference.  This is the first request for such relief.  This application is made with the consent of all parties.

We thank the Court in advance for its consideration and attention to this matter.  Should Your Honor have any questions or concerns, we will make ourselves available at the Court's convenience.

Respectfully submitted,

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

*/s/ Michael C. Delaney*

Michael C. Delaney

cc: All parties of record by ECF